Terrell JOHNSON and Allison Johnson, Yang Lee Vang, and William H. Washington, Sr., Plaintiffs–Appellants,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, HSBC Bank USA, N.A., Mortgage Electronic Registration Systems, Inc., and MERSCORP, Inc., Defendants–Appellees.

No. 12–2605.

United States Court of Appeals, Eighth Circuit.

Submitted: July 5, 2013.

Filed: July 11, 2013.

William Bernard Butler, Butler Liberty Law, Minneapolis, MN, for Plaintiffs–Appellants.

Adam C. Ballinger, Kirstin Dawn Kanski, William P. Wassweiler, Lindquist & Vennum, Benjamin Everett Gurstelle, Eric Jon Rucker, Mark Gregory Schroeder, Briggs & Morgan, Minneapolis, MN, for Defendants–Appellees.

Before MURPHY, SHEPHERD, and KELLY, Circuit Judges.

PER CURIAM.

Plaintiffs appeal the district court's [1] grant of defendants' motion to dismiss un-

---

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

der Federal Rule of Civil Procedure 12(b)(6). The quiet-title claims brought by plaintiffs, related to their mortgage debts, are identical to claims in at least two prior cases, and this court affirmed the district court's dismissal of those cases for failure to state a claim. See *Karnatcheva v. JPMorgan Chase Bank, N.A.*, 704 F.3d 545, 547–48 (8th Cir.2013); *Blaylock v. Wells Fargo Bank, N.A.*, 502 Fed.Appx. 623, 624 (8th Cir.2013) (unpublished per curiam) (affirming dismissal of quiet-title claim because claims were identical to *Karnatcheva* and plaintiffs had not distinguished that case). We therefore affirm, for both the reasons stated in *Karnatcheva* and the reasons stated by the district court. See 8th Cir. R. 47B.